An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KARISMA GARCIA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61711

**FILED**

APR 0 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of grand larceny. Fifth Judicial District Court, Nye County; Kimberly A. Wanker, Judge.

Appellant Karisma Garcia contends that the district court abused its discretion by imposing an excessive and disproportionate sentence amounting to cruel and unusual punishment. We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. See Parrish v. State, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Garcia's prison term of 24-60 months falls within the parameters provided by the relevant statutes, see NRS 205.222(2); NRS 193.130(2)(c), and the sentence imposed is not so unreasonably disproportionate to the gravity of the offense as to shock the conscience, see Culverson v. State, 95 Nev. 433, 435, 596 P.2d 220, 221-22 (1979); see also Harmelin v. Michigan, 501 U.S. 957, 1000-01 (1991) (plurality

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10377

opinion). We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc:    Hon. Kimberly A. Wanker, District Judge
       Carl M. Joerger
       Nye County District Attorney
       Attorney General/Carson City
       Attorney General/Las Vegas
       Nye County Clerk